1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MOODY WOODROW TANKSLEY,          CASE NO. 1:08-cv-00442 OWW DLB PC

10                    Plaintiff,              ORDER STRIKING UNSIGNED MOTION

11      v.                                    (Doc. 10)

12  CDC AVENAL STATE PRISON,

13
                      Defendant.
14
_____/
15

16      Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se and

17  in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 6, 2008,

18  Plaintiff filed an unsigned motion.

19      The Court cannot consider unsigned filings.  Local Rule 7-131; Fed. R. Civ. P. 11(a).

20  Accordingly, the unsigned motion is HEREBY STRICKEN from the record.

21

22      IT IS SO ORDERED.

23  **Dated:    November 11, 2008**          _____ **/s/ Dennis L. Beck** _____
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1